| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pechman, Marsha J | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, Room 14229<br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

RECEIVED  MAY 19 II 02 AM '06  FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Kingman, Peabody, Pierson and Fitzharris (spouse's law firm) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | K |
| 2. ████ No. 2's high school tuition | Periodic payment contract ████████ | K |
| 3 ████ No. 1's college tuition | Periodic payment contract ████████ | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Advanta Bank Corp. | | None | | | Redemption | 12/15 | K | | |
| 2. Alliance-Bernstein Global Tech Cl B (formerly Alliance Tech | | None | K | T | | | | | |
| 3. Alliance-Bernstein Lg. Cap. Growth | | None | J | T | | | | | |
| 4. American Express | A | Interest | K | T | | | | | |
| 5. Amgen Inc. | | None | J | T | | | | | |
| 6. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 7. Capital World Growth & Income Fund, Cl F | A | Dividend | J | T | | | | | |
| 8. Centennial Money Mkt | | None | J | T | Buy | 10/28 | J | | |
| 9. Cisco Systems | | None | J | T | | | | | |
| 10. Dominion Res Inc VA New | A | Dividend | J | T | | | | | |
| 11. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 12. Emerson Electric | A | Dividend | J | T | | | | | |
| 13. Excel Bank | | None | | | Redemption | 8/18 | K | A | |
| 14. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 15. Fidelity Adv. Equity Portfolio, Cl B | A | Dividend | J | T | | | | | |
| 16. Fidelity Adv Mid Cap Fund, Cl B | B | Dividend | K | T | | | | | |
| 17. Franklin Custodian Funds "Growth Series Cl A) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin Rising Dividends A | A | Dividend | K | T | | | | | |
| 19. Franklin Small Mid Cap Growth Fund, Cl A | A | Dividend | J | T | | | | | |
| 20. General Electric | A | Dividend | J | T | | | | | |
| 21. Growth Fund America Inc., Cl A | A | Dividend | K | T | | | | | |
| 22. Growth Fund America Inc., Cl F | A | Dividend | K | T | | | | | |
| 23. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 24. Investment Co. America, Cl F | A | Dividend | K | T | | | | | |
| 25. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 26. Lucent Technologies | | None | J | T | | | | | |
| 27. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 28. Mutual Service Fund Inc., Beacon Fund, Cl A | B | Dividend | J | T | | | | | |
| 29. Oppenheimer Main Str Fund (formerly OppMain Int. & Growth) | A | Dividend | K | T | | | | | |
| 30. Piper Jaffray Government Obligations | A | Dividend | L | T | | | | | |
| 31. Piper Jaffray Prime Obligations | | None | | | Sell | 10/28 | J | A | |
| 32. Plains Capital Bank | | None | | | Buy | 7/8 | K | | |
| 33. Russell Real Estate Securities | B | Dividend | J | T | | | | | |
| 34. Russell Special Growth Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Safeway, Inc. | A | Dividend | | | Sell | 11/10 | K | A | |
| 36. Target | A | Dividend | K | T | | | | | |
| 37. Templeton Funds (World Funds Cl A) | A | Dividend | J | T | | | | | |
| 38. Templeton Growth Fund | A | Dividend | K | T | | | | | |
| 39. U.S. Coupon Treasury Strips | A | Interest | | | Sell | 11/15 | K | A | |
| 40. Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 41. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Pechman, Marsha J | | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

COPY 3



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**U.S. COURTHOUSE**
**700 STEWART STREET, ROOM 14226**
**SEATTLE, WASHINGTON 98101**

**MARSHA J. PECHMAN**
**JUDGE**

(206) 370-8820

May 11, 2006

Mary M. Lisi
Chair, Judicial Conference of the U.S.
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

**SELF INITIATED**
**AMENDMENT**

Dear Ms. Lisi:

Attached please find amended Parts VII and VIII to my 2004 Financial Disclosure Report, with an explanation of the amendments in the paragraphs below.

Regarding Part VII, page 1, line 12, Putnam Fund for Growth & Income, the item has been amended to reflect the fact of its sale on November 19, 2004.  Regarding page 2, line 33, Intercredit Bank, the item has been amended to reflect the fact that the CD was redeemed on August 23, 2004.  Through an oversight, the original Financial Disclosure Report failed to record either of those occurrences.  The amended Part VII corrects that oversight.

I apologize for the errors and trust this will suffice to correct them.  Please do not hesitate to contact me if there is any other way in which I can be of further assistance in this process.

Sincerely,

Marsha J. Pechman
United States District Judge



| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Piper Jaffray Prime Obligations (formerly P.J. Money Market) | A | Dividend | J | T | | | | | |
| 2. Lucent Technologies | | None | J | T | | | | | |
| 3. Franklin Custodian Funds (Growth Series Class A) | A | Dividend | J | T | | | | | |
| 4. Washington Mutual Investors Fund | A | Dividend | K | T | Buy | 9/10 | J | | |
| 5. Templeton Growth Fund | A | Dividend | K | T | | | | | |
| 6. Templeton Funds (World Fund Class A) | A | Dividend | J | T | | | | | |
| 7. Bristol Myers Squibb | A | Dividend | J | T | Buy | 12/21 | J | | |
| 8. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 9. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 10. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Main Int. & Growth | A | Dividend | K | T | | | | | |
| 12. Putnam Fund for Growth & Income | | None | | | Sell | 1/10 | J | A | |
| 13. U.S. Coupon Treasury Strips | A | Discount | K | T | | | | | |
| 14. Piper Jaffray Government Obligations | A | Dividend | L | T | | | | | |
| 15. Safeway Inc. | | None | K | T | | | | | |
| 16. Russell Diversified Equity Fund | A | Dividend | | | Sell | 9/13 | J | A | |
| 17. Russell Special Growth Fund | A | Dividend | K | T | Partial sale | 9/13 | J | A | |
| 18. Russell Quantitive Equity | A | Dividend | | | Sell | 9/13 | K | A | |

SELF INITIATED AMENDMENT

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2: Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Russell International Securities | | None | | | Sell | 9/13 | J | A | |
| 20. Russell Real Estate Securities | A | Dividend | J | T | Partial sale | 9/13 | J | B | |
| 21. Alliance Tech Fund | | None | K | T | | | | | |
| 22. Amgen Inc. | | None | J | T | | | | | |
| 23. Cisco Systems | | None | J | T | | | | | |
| 24. Fidelity Adv Mid Cap Fund, Class B | B | Dividend | K | T | | | | | |
| 25. Fidelity Adv Growth Opportunity Fund, Class B | | None | K | T | Sell | 8/25 | J | A | |
| 26. Johnson & Johnson | A | Dividend | | | | | | | |
| 27. Fidelity Adv. Equity Portfolio, Cl. B | A | Dividend | J | T | Buy | 8/25 | J | | |
| 28. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 29. Target | A | Dividend | K | T | | | | | |
| 30. Alliance-Bernstein Lg Cap Growth (formerly Alliance Premier) | | None | J | T | | | | | |
| 31. Growth Fund America, Inc., Class A | A | Dividend | K | T | | | | | |
| 32. Growth Fund America, Inc., Class F | A | Dividend | K | T | Buy | 9/14 | J | | |
| 33. Intercredit Bank | A | Interest | | | Redemption | 8/23 | J | A | |
| 34. People's Bank | A | Interest | | | Redemptn | 6/30 | K | A | |
| 35. Investment Co. America, Class F | A | Dividend | K | T | Buy | 9/10 | J | | |
| 36. Franklin Rising Dividends A | A | Dividend | K | T | Buy | 9/10 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dominion Res Inc VA New | A | Dividend | J | T | Buy | 12/21 | J | | |
| 38. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 39. American Express | A | Interest | K | T | | | | | |
| 40. Emerson Electric | A | Dividend | J | T | Buy | 9/28 | J | | |
| 41. General Electric | A | Dividend | J | T | Buy | 9/28 | J | | |
| 42. Capital World Growth & Income Fund, Class F | A | Dividend | J | T | Buy | 9/10 | J | | |
| 43. Franklin Small Mid Cap Growth Fund, Class A | | None | J | T | Buy | 9/10 | J | | |
| 44. Mutual Service Fund, Inc., Beacon Fund, Class A | A | Dividend | J | T | Buy | 9/10 | J | | |
| 45. Advanta Bank Corp. | | None | K | T | Buy | 12/7 | K | | |
| 46. Excel Bank | | None | K | T | Buy | 8/11 | K | | |
| 47. Geauga Savings Bank | A | Interest | | | Buy | 2/12 | K | | |
| 48. | | | | | Redemptn | 11/22 | K | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pechman, Marsha J | 05/11/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

12. The Putnam Fund for Growth & Income was sold on 11/19/.04; through an oversight this was not reported when the 2004 FDR was originally filed.

33. The Intercredit Bank CD was redeemed on 8/23/04; through an oversight this was not reported when the 2004 FDR was originally filed.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pechman, Marsha J | 05/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544